# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*Phillip Jeffrey Bonanno*  v.  *Dora B Schriro, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:06-cv-02038-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: March 27, 2007

    In a report at docket 15, Magistrate Judge Aspey recommends that petitioner Bonanno's amended petition for a writ of habeas corpus be denied and dismissed with prejudice. No objections have been filed.

    All of the magistrate judge's recommended findings of fact to which an objection is taken and all his recommended conclusions of law are reviewed *de novo*. All of the magistrate judge's recommended findings of fact to which no objection is taken are reviewed for clear error. Applying those principles here, this court finds that the recommendations are in all material respects correct. This court adopts the report and its recommendations. Based thereon, the amended petition for a writ of habeas corpus is **DENIED** and this case is dismissed with prejudice.